

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2019

No. 04-18-00524-CR

Braulio **TIRADO-MORALES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 6200
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

The State's brief in these companion cases was originally due to be filed on June 3, 2019. On June 7, 2019, this court granted the State's first motion for extension of time to file its brief until July 18, 2019—an extension of forty-five (45) days. On June 28, 2019, the State filed its second motion for extension of time to file its brief, requesting an extension until ten (10) days after the court reporter files a requested supplemental reporter's record. The court reporter has indicated she needs until August 20, 2019 to file the supplemental record.

The State's motion is GRANTED. It is therefore ORDERED that the court reporter file the supplemental reporter's record by no later than August 20, 2019. It is further ORDERED that the State's brief is due no later than August 30, 2019—a total extension of eighty-eight (88) days. **Further requests for extension of time to file the State's brief will be disfavored.**

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2019.



KEITH E. HOTTLE,
Clerk of Court